IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02360-LTB

CORRI DITTIMUS, a/k/a DERRICK ANDERSON,

     Plaintiff,

v.

[NO DEFENDANT NAMED],

     Defendant.

---

JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 24, 2012, it is hereby

     ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

     DATED at Denver, Colorado, this 24 day of October, 2012.

              FOR THE COURT,

              JEFFREY P. COLWELL, Clerk


              By: s/ S. Grimm
                Deputy Clerk